**Affirmed as Modified and Opinion Filed August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01163-CR

**MORRIS EDWARD SNEED, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-71684-Y**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Morris Edward Sneed, Jr. waived a jury, pleaded no contest to aggravated assault with a deadly weapon, and pleaded true to one enhancement paragraph alleging a prior felony conviction.[1] After finding appellant guilty, the trial court assessed punishment at five years' imprisonment. In two issues, appellant contends the trial court's judgment should be modified to accurately reflect his plea to the offense and that there was no plea bargain agreement. We modify the trial court's judgment and affirm as modified.

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011).

The judgment states there were terms of a plea bargain agreement and appellant pleaded guilty to the offense. Additionally, the judgment indicates no plea or finding on the first enhancement paragraph. Thus, the judgment is incorrect. We sustain appellant's issues.

We modify the judgment to show: (1) the plea to the offense is "no contest;" (2) the terms of the plea bargain were "open;" (3) the plea to the first enhancement paragraph is true; and (4) the finding on the first enhancement paragraph is true.[2] As modified, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
131163F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[2] *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MORRIS EDWARD SNEED, JR.,
Appellant

No. 05-13-01163-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F12-71684-Y).
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Plea to Offense" is modified to show "No Contest."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

The section entitled "Plea to 1st Enhancement" is modified to show "True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered August 21, 2014